## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Rick Vernon Johnson | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-00040-JMB-1 | 4/25/2023 | 10:03 AM-10:51 AM | Grand Rapids | |

**APPEARANCES:**

| Government: Christopher O'Connor & Richard Stiffler | Defendant: Nicholas Voss Dondzila | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Information | Read __<br>Reading Waived ✓ |

### TYPE OF HEARING
- ✓ First Appearance
- ✓ Arraignment:
  - __ mute  __ nolo contendre
  - __ not guilty  ✓ guilty
- __ Initial Pretrial Conference
- __ Detention  (waived __)
- __ Preliminary  (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- ✓ Change of Plea
- __ Sentencing
- __ Other: ____

### DOCUMENTS
- ✓ Defendant's Rights
- ✓ Waiver of  Indictment
- ✓ Consent to Mag. Judge for  Plea
- __ Other: ____

Court to Issue:
- ✓ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- ✓ Other:  Rule 5F Order

### CHANGE OF PLEA
Guilty Plea to Count(s) 1 of the Information

Count(s) to be dismissed at sentencing: ____

Presentence Report:
- ✓ Ordered  __ Waived
- __ Plea Accepted by the Court
- __ No Written Plea Agreement

### EXPEDITED RESOLUTION
- __ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION

### SENTENCING
- Imprisonment: ____
- Probation: ____
- Supervised Release: ____
- Fine: $ ____
- Restitution: $ ____
- Special Assessment: $ ____
- Plea Agreement Accepted:  __Yes  __No
- Defendant informed of right to appeal:  __Yes  __No
- Counsel informed of obligation to file appeal:  __Yes  __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 25,000.00  Unsecured |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** J. Wright |