UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

           Plaintiff,           No. 1:23-cr-40

vs.                               Hon. Jane M. Beckering
                                      U.S. District Judge

RICK VERNON JOHNSON,

           Defendant.

_____/

## ORDER OF FORFEITURE FOR A MONEY JUDGMENT

The government's Motion for an Order of Forfeiture for a Money Judgment details the procedural and factual predicate for the entry of the requested order. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED that:

1.      Defendant Rick Vernon Johnson shall forfeit to the United States the sum of $110,200 pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

3.      Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to Defendant Rick Vernon Johnson at the time of sentencing, and shall be made part of the sentence and included in the judgment.

4.      This Court to retain jurisdiction over this matter for the purpose of

amending the Order of Forfeiture to include any subsequently located substitute assets, pursuant to 21 U.S.C. § 853(p).

**SO ORDERED.**

Dated:  August 3, 2023              /s/ Jane M. Beckering
                                    JANE M. BECKERING
                                    United States District Judge