# Exhibit A



# Honorable Discharge

from the Armed Forces of the United States of America

This is to certify that

RICK VERNON JOHNSON         PRIVATE E1   UNITED STATES ARMY

was Honorably Discharged from the

# United States Army

on the 15th day of FEBRUARY 1973 This certificate is awarded as a testimonial of Honest and Faithful Service

L. R. KARSEBOOM CW4 USA, Asst. AG

DD FORM NO. 256A I MAY 50