# Exhibit B



FREMONT AREA
**COMMUNITY**
FOUNDATION

**Fremont Area Community Foundation**
**Speaker Rick Johnson Scholarship**
████████████████

**Student:** ████████████████
**High School:** ████████
**College/University:** ████████████████
**College/University major:** ████████████████

Thank you note:

To the donors of the Speaker Rick Johnson Scholarship, thank you so much for awarding me with this scholarship. This support is will greatly help me get through school and start the next chapter of my life. I will be majoring in ████████ and hope to complete school in three years so that I go out and work.

Again, thank you so much,

████████████