Exhibit C

April 20, 2023

U.S. District Judge
The Honorable Jane M. Beckering

Dear Judge Beckering,

I am writing this letter of recommendation in the matter of Rick Johnson who is appearing before you in your District Court.

My name is Larry E. Julian, ███████████████████████████████. My career includes serving the Michigan State Police from 1968-1995 and elected to the Michigan House of Representatives from 1999- 2004. During my last term I was elected as Speaker Pro-Tempore serving with Speaker Rick Johnson.

I have known Rick Johnson since 1999 since my first year in office and serving with him. I consider him a true leader and an example to me in my leadership position. Rick and I met regularly to plan and discuss the legislative calendar, in which we both offered comments and criticism of thoughts, arriving at a consensus to move forward. Rick has always been thought of as a leader with a tremendous amount of common sense.

Since retiring from the legislature in 2004 I have had many interactions with Rick Johnson during industry events in Lansing and around the state. I enjoy my discussions with Rick about current events and political areas that we both share an interest.

I consider Rick a colleague and friend and remain respectful of him.

I believe that Rick Johnson has made a terrible mistake in judgement on this matter and ask for your consideration of all the good that Rick Johnson has done in his service to Michigan residents.

Sincerely,


Larry E. Julian



M Gmail

## Support letter
1 message

Tue, Apr 11, 2023 at 6:07 PM



**From:** Russ Hill
**Date:** April 9, 2023 at 8:09:51 PM EDT
**To:**

I am honored to write this letter of support for former Speaker of the Michigan House of Representatives, Rick Johnson. I had the privilege of meeting Rick Johnson in the mid-1980s while I was working for State Representative Sid Ouwinga (1981-1991), Michigan House of Representatives.

In 1991 Representative Ouwinga passed away and a special election was necessary to fill the vacancy. There were multiple Republican candidates, including Rick Johnson, vying for this seat. Although Rick Johnson did not win the special election, he chose to run again in 1998 when the seat was once again up for election. Prior to the primary election, Rick Johnson requested that I come to northern Michigan and help manage his campaign. I did that without hesitation. He was a well respected man with high regard for his constituents and I knew that he would make an outstanding lawmaker.

He didn't disappoint. After winning the election and serving his caucus for his first term, Rick Johnson was elected to serve as Speaker of the House of Representatives. He had the admiration of leadership from his caucus and a determination to serve Michigan and his constituents wholeheartedly.

What an honor it was to serve as Speaker Johnson's Administrative Aide through 2003. I am confident in saying he deserved the respect he received.   He was diligent in representing his constituents and was respected by his caucus. He had an outstanding relationship with the Governor, the Lt. Governor, all of those appointed as heads of departments and just as important, he had the respect of his staff. There wasn't one of us that would not stand up for him because that is just what he would do for each one of us.

I am proud to have had the opportunity to serve with Speaker Rick Johnson during his tenure with the Michigan House of Representatives.

Sincerely,
Linda Hill

4/11/23, 6:16 PM
Case 1:23-cr-00040-JMB ECF No. 91-3, PageID.868 Filed 09/14/23 Page 4 of 23
Gmail - Hyzer support letter

 

## Hyzer support letter

1 message

**Rick Johnson**
To:

Tue, Apr 11, 2023 at 6:09 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Shirley Hyzer
> **Date:** April 7, 2023 at 8:10:08 PM EDT
> **To:**

My husband became a good friend with Rick when they were county commissioners in Osceola county. We helped campaign for him when he ran for the House of Representatives because we knew he would work hard for the common people; which he did and he never forgot about his family and friends as he served in the house.
When he became Speaker of the House, he hired Martin to come work in the Capital as one of his aids to help us before we retired.
We can't ever thank him enough for his support in helping us as a true friend.
Shirley Hyzer

April 18, 2023

Honorable Jane M. Beckering

Dear Judge Beckering:

I have been asked to forward my thoughts as to the sentencing of Rick Johnson. He has plead guilty, and I therefore do not question that he has violated the public trust. Although I find this confusing as far as the Rick Johnson that I have known for the past 25 years, I believe that his life up to the point of the commission of the crime that he has plead to is a total contradiction to the life that he lead previously.

Rick and I served together in the Michigan Legislature, with Rick serving as Speaker. Under his administration I served as Chairman of Judiciary, Chairman of House Administration, and Chairman of Campaign Finance. I had a lot of contact with him, and believe I know him quite well. He drew a very firm line between listening and promising anything regarding contributions, one I followed very carefully. I believe this is why I find the current situation that Rick finds himself in not only troubling, but also contraindicative of my experience with him.

As I am sure you are aware, Rick has served his community and State well up to the point of this incident. He lived 70 plus years as a respectable and valuable citizen of our State and his community. That is no easy task, and should be taken into consideration in sentencing. As an attorney, colleague, and friend of Rick's, I am asking that you consider, as I am sure you will, his entire life and legacy in making your decision. I can only imagine that there had to be some extreme situational pressure that lead to this result. I believe Rick's life up to the point of his mistake deserves consideration, and yes, a degree of mercy.

Yours very truly,

James C. Howell

4/20/23, 5:59 PM

 Gmail

## Pending arrest and criminal action
1 message

**Rick Johnson**                                                              hu, Apr 20, 2023 at 3:44 PM

The Honorable Jane Beckering

Dear Judge Beckering,

My letter is in personal support of Rick Johnson. Rick and I have been friends since 1994 when I purchased a grave pit in Osceola County and joined the Osceola County Farm Bureau.

I have been a longtime active member of the Wexford County Republican Party and worked closely with local, state and federal candidates for political offices.

When Rick decided to run for the Michigan State 102nd House seat, we became closely acquainted. I learned why Rick was running for office; what he believed and what actions he planned to take as our Representative. My respect for Rick truly grew because he looked at the whole picture for the residents of Michigan and not just specific groups.

As Rick advanced and became Speaker of the House, he was everywhere promoting Michigan and opportunities for our state to grow in retail sales, manufacturing and professional services. Following his retirement from public office, Rick stayed involved in Lansing and assisted where he was able.

When Rick Snyder became Governor in 2011, Rick was able to step up and be of assistance with State Departments and eventually he was named as Chairman of the Marijuana Committee. He remained there until Governor Whitmer disbanded the Committee.

Rick's involvement in the marijuana industry is now well known. He has admitted that what he did was wrong. Rick has admitted his guilt and offered to pay back the dollars that he took.

Now, Rick is asking for a positive understanding of his wrongs and requesting a lenient

sentencing. I am a strong supporter of Rick Johnson and all that he has done to improve life in Michigan. Thus, I ask your personal understanding of his actions and ask for a lenient sentencing.

God bless and thank you,

Phil Potvin

Cadillac,Michig

Sent from Mail for Windows

 Gmail

## Support letter

1 message

**Rick Johnson**                                                                    Thu, Apr 20, 2023 at 3:30 PM

>
> Honorable District Court
> Judge
> Jane M Beckering
>
> Dear Judge Beckering,
>
> Every once in a while something happens that really catches your attention and concern.  For me the media reports on the charges and plea agreement in the Rick Johnson case was such an occurrence. While I am not personally familiar with the facts of the case it seems clear to me that Rick made a very serious mistake.
>
> I've known Rick for a long time and have dealt with him on a number of issues, from legislative matters    serving on a small advocacy group he chaired supporting stem cell research. In each of these interactions I have never know him to be involved in anything that failed to measure up to the highest standards.
>
> We all make mistakes and should be held accountable for our actions. I believe the true test is how we react when this happens to us. In Rick's case,I believe he will learn from this and, in the future, never again engage in anything that could be viewed as questionable, inappropriate or illegal.
>
> In closing, I would like to emphasize that the views expressed herein are mine alone.
>
> Your attention is most appreciated.
>
> Sincerely,
> Richard E Whitmer
>
>
>

 

**Letter Judge Beckering**
1 message

 **Rick Johnson** T! u, Apr 20, 2023 at 3:51 PM

**Subject: Letter Judge Beckering**

To U.S. District Judge, the Honorable Jane M. Beckering,

Dear Judge Beckering,

I served with Rick Johnson in the Michigan Legislature from 2001-2004. I also had periods after where our paths crossed, yet less frequently. My interactions and relationship with Speaker Johnson was both on a professional and personal level. I always found Rick to be a very able leader. He was quick to learn from others that went before him, but was especially adept at learning from his mistakes and making things right. He was helpful to me as a mentor, encouraging me to stretch my goals, and willing to help whenever should I ask.

Given my experience with Rick Johnson, I was very surprised to learn from the print media of both the charge against him and his plea. However, I also know that every one of us has a nature that can falter and lead us to making mistakes that can cause great pain for many and fill us with regret for that pain we cause.

My prayer and strong hope is that you will receive Rick's plea and cooperation as a sign of his remorse and repentance, and be merciful in your application of justice regarding his case.

Thank you for your time in reading this statement.

Sincerely,
Scott Hummel

Dear **Honorable Jane M. Beckering - US District Court Judge:**

I am writing to express my complete support for my friend and colleague, Rick Johnson. While serving in Governor Snyder's cabinet I had the pleasure of working closely with Rick on policy concerns across and concerning most of Michigan. I can personally attest to his overall character, work ethic, skill, and unwavering dedication to making his community and Michigan better. Public service can be a thankless job; Rick served the people of Michigan with unwavering passion.

It's my experience Rick is an outstanding family man and professional dedicated to making his surrounds a better place. Whether he's working on a complex project, solving persistent issues, collaborating with colleagues, or in the field bringing in crops, Rick consistently demonstrates attention to detail with a strong commitment to delivering high-quality results.

This brings me to the human side. I've always known Rick to be a man of honor and character. In life, people of all walks and backgrounds make mistakes, miscues and gaffes. This was an error in judgment and Rick knows this to his core. From what I know about Rick, there is no one more self-critical of these mistakes than him.....this has been devastating on all fronts. Further, I can state with great assurance many difficult life-lessons are at play here. I fully support and ask for leniency in your ruling to allow Rick and his family to regain their lives and move forward.

Sincerely,


Gregory J. Andrews
Former Director - Governor Snyder's Northern Office, Marquette, MI

May 24, 2023

The Honorable Judge Jane M. Beckering
Federal District Court
602 Federal Building
110 Michigan st. NW
Grand Rapids, MI 49503

Re: Rick V. Johnson

Dear Judge Beckering:

I am a long-time friend of Rick Johnson and his family. Rick is always known to b : a very
devoted family man throughout our community. He spends most of his free tir, · supporting his
family by attending his kids, grandchildren, and even my grandchild's athletic events. He has
and continues to support our community of Leroy and most importantly support our young
population as well.

I have known Rick since the 1980's when he was active in the Pine River School Board. I have
the utmost respect for this man for both his duties he held at the school and while he was in
office as our Speaker of the House. Rick is also a very good crop farmer and has always helped
us with our field and gardening needs.

Rick is a very loving husband, father, grandfather, and friend. His world evolves around his
family and friends. Please consider this letter on behalf of Rick Johnson for he is a wonderful
man with a huge heart.

Sincerely,

Sheri L. Osborn

Edward J. Gaffney ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

June 7, 2023

The Honorable Jane M. Beckering

602 Federal Building
110 Michigan St, NW
Grand Rapids MI 49503

Re: Sentencing of Rick Johnson

Dear Judge Beckering:

I served with Mr. Johnson when he was Speaker of the House,
2001-2004.

I was not one of Mr. Johnson's best friends as State Representative
We disagreed on many issues. But he was fair and even handed.

More than that, I learned that he had a good heart and soul.

He is a good guy and former exemplary pubic servant who made a
mistake.

He has owned up to his serious mistake and pleaded guilty to the
crime for which he was charged.

He told me he is sorry for the shame he has brought to his family and
friends. He regrets that his actions will cast a dark shadow over all of
state government for years to come. He already has suffered a lot

Respectfully, I ask for leniency in the sentencing of Rick Johnson.

Sincerely,

Edward J. Gaffney



## State of Rhode Island and Providence Plantations

HOUSE OF REPRESENTATIVES

JOHN B. HARWOOD
*Speaker Emeritus*

July 10, 2023

Dear Judge Beckering,

I'm writing this letter on behalf of my good friend, Rick Johnson, the former speaker of the Michigan House of Representatives. I had the privilege of being the Rhode Island Speaker of the House from 1993 to 2003, and in the late 1990's, I met Rick at the United States National Speakers Conference and have been his friend for over twenty years.

During my friendship with Rick, I supported his candidacy and ultimate election as president of the National Speaker's Conference, an honor that resulted in him hosting the National Speaker's Conference in Mackinac Island, Michigan. I can only say that in addition to Rick being a well-respected leader in the Michigan House, he is a loving father and great friend who is known for his fairness and compassion. I believe Rick's conduct in the instant matter was an aberration. I base my opinion on the twenty-year relationship I've had with Rick and honestly believe he is a good person, with his heart in the right place.

I would be remiss if I did not send you this letter on behalf of Rick Johnson. In making your sentencing decision, I ask your Honor to consider all the positive contributions that Rick has made over the course of his long political and post-political career. I sincerely believe that he has many more positive contributions to make. In my humble opinion, Rick is a good and decent man who admittedly made a mistake for which he is truly remorseful.

Respectfully submitted,

John B. Harwood, Esq.
Speaker Emeritus (1993 – 2003)
Rhode Island

JBH:mm

12 PRESIDENTIAL WAY, LINCOLN, RHODE ISLAND 02865

April 23, 2023

Honorable Jane M. Beckering
U.S. District Judge
Western District of Michigan
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI  49503

Dear Judge Beckering,

Who is Rick Johnson?  Certainly not the person described in numerous media communications most recently.

Growing up on a small family farm in a rural community, Rick raised his family with morals and common sense to be hard working, productive citizens.  He did not attend college, rather is proud to be a person who has a degree in common sense.  This way of life led him to build a strong family business and dedicate many years to public service.

My father, Rick Johnson always has been and always will be the person I looked up to as a child and wanted to become as an adult.  Working hard to earn everything I have attained, accepting accomplishments and learning from errors, I am proud of the person who taught me to be humble.  Something I strive to teach my children every day.

With so many examples of great things accomplished, I struggle with keeping this short.  I reach out to you with this request, that you pass judgement based on facts about the person Rick Johnson is.  Any daughter with such an amazing father can write novels about the experiences throughout life which made him my hero.  Hearing from others about how he touched their lives shows how he spreads that goodness across not just his family but also to others.  Reading the articles being published stating otherwise are heart breaking.  Having others post comments without having the facts is so very upsetting.  Why people feel it necessary to harm others needlessly to make themselves look better is such a mystery to me.  As my dad taught me, strive to be a positive person and focus on the good things.

Whether your paths crossed from the years he spent in public service, working side by side with him, watching him share with others when he didn't have to or just listening on even one of the occasions when he proudly stood in front of others to talk, those who know my dad have been touched by him.  There are children who benefited from one of the many scholarships created in his name.  So many have served on a board, committee or volunteer organization with him.  There are those in the silent majority who believe in the same things he believes in.  Whatever the relationship, everyone he crosses paths with becomes someone in his life.

As we read such negative stories and articles, it may seem like striking out against those who feel the need to pass judgement without facts will help.  It will only keep the terrible things going. In a world with so many wanting to flood the media with harmful things, we need to come together and provide support of the good things.  My father, Rick Johnson, is one of the good guys.  Anyone who truly knows him, knows this and supports him.

Sincerely,

Theresa Davenport





Wednesday, August 16, 2023

The Honorable Jane Beckering
United States District Court for the Western District of Michigan
Grand Rapids Michigan

Re: Character Reference for Rick Johnson Case No:

Dear Judge Beckering:

As a previous administrator in Corrections for over 30 years and specifically as Deputy Secretary in the state
of Louisiana, Deputy Warden in the state of Michigan and the last two years of employment as the Chief of
Staff of the Michigan Legislative Appropriations Committee where I met Rick, I am writing to vouch for his
character. I have known Rick Johnson for over 15 years as a friend and lobbyist. I understand the gravity of
the charges brought against him, and I respect the court's need to administer justice. However, I would like to
share some insights into his character that may not be immediately evident from the legal proceedings.

Over the years, I have seen Rick demonstrate numerous positive qualities. He has consistently shown care
and responsibility in his lobbying position and has been an unwavering source of support for his family. His
tree farm and environmental activism provide strength and support in his community, Michigan and the
country. He is definitely a strong community leader but has made a mistake.

Despite the current circumstances, I firmly believe that Rick has the potential for redemption and growth. He
is truly remorseful for that mistake. Money, which is the root of all evil, compromised his ethic and
principles briefly in his life, but he is truly sorry for that indiscretion. I have never known him  disrespect
anyone. A chance for rehabilitation and community service as a first offender, rather than a p  onged
incarceration, might give Rick a more constructive pathway to make amends and contribute positively to
society.

In closing, I fully understand the weight of the decision that lies before you and deeply respect the justice
system's role. I only hope to offer a more complete picture of Rick than the charges might suggest. I sincerely
believe in his capacity for change and hope for a future where he can continue to prove his true worth to the
community.

Thank you for your time and consideration.

Respectfully submitted,

Griffin H. Rivers

Joseph Rokicsak



5/22/2023

The Honorable Jane M. Beckering
US District Court
602 Federal Building
110 Michigan Street NW
Grand Rapids MI 49503

Re: Support for Rick Johnson

Dear Judge Beckering,

I am writing this letter to express my unwavering support for Rick Johnson, a dear friend whom I have known for over 25 years. Throughout our long-standing friendship, I have witnessed Rick's consistent display of compassion, kindness, and integrity, even during the most challenging times. It is with great sincerity and belief in his character that I implore you to consider his past actions and the tremendous positive impact he has had on the lives of those around him.

While I am not privy to the specific circumstances surrounding the charges brought against Rick, I find it extremely difficult to reconcile the allegations with the person I know him to be. Rick has always been a pillar of support, readily offering a helping hand to anyone in need, irrespective of their background or circumstances. His genuine desire to assist others has left an indelible mark on our community, and countless individuals have benefited from his selflessness and unwavering dedication.

It is crucial, within the realm of justice, to acknowledge an individual's entire character rather than focus solely on a single mistake. Rick's error in judgment stands in stark contrast to the countless instances where he has demonstrated his true nature as a caring and responsible individual. I strongly believe that this isolated incident is not indicative of his true character, but rather an aberration that occurred under extraordinary circumstances.

As a contributing member of society, Rick has consistently displayed an unwavering commitment to his family, friends, and community. His dedication to making a positive difference in the lives of others has been exemplary, whether it be through his countless hours of volunteer work, his willingness to lend a listening ear, or his consistent acts of kindness that

have touched the hearts of many. The impact of his actions is immeasurable and serves as a testament to his intrinsic goodness.

I respectfully request that the court takes into account Rick's long history of compassionate and selfless acts when deliberating upon his case. I firmly believe that focusing on his overall character and considering the countless lives he has touched will provide a balanced perspective that truly reflects the essence of who Rick is. By emphasizing his positive contributions, the court can effectively weigh the significance of his past actions against the mistake he has confessed to.

I appreciate your time and attention in considering this letter of support for Rick Johnson. Should you require any further information or wish to discuss this matter in more detail, please do not hesitate to contact me at the provided contact information. I have utmost faith in the judicial system and trust that the court will make a fair and just decision based on a comprehensive assessment of Rick's character and his overall impact on society.

Thank you for your consideration.

Sincerely,

*Joseph Rokicsak*

Joseph Rokicsak



Marc I. Shulman

August 7, 2023

Honorable Jane M. Beckering
602 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

     Re:    Rick Johnson

Dear Judge Beckering:

I am writing this letter in support of Rick Johnson whom I have had the honor to serve with in the Michigan Legislature from 1999-2005 and whom I remain as a friend with to date.

Rick Johnson is a man of Integrity and Character despite to what he pled guilty to and made a great error in judgment.

I would like to share a personal story with you as an example to demonstrate his integrity and courage. In the world of Politics and Law we know that the only thing we have is our word as they say "our word is our bond."

In 2001 when Rick Johnson was voted by his Caucus as the next Speaker of the House. He had agreed to appoint me as Chairperson of Appropriations despite some of the Anti-Semitic rhetoric that he had heard from many because I am Jewish. Rick never wavered from his commitment and it carried itself to many decisions he had to make to help make life better for the Citizens of the State in many cases not buckling to his Caucus but standing up for what was right.

After serving in the Legislature, Rick continued to help those in his community without fanfare helping the poor and less fortunate in the rural area where he served.

Judge, I must admit, I was very saddened to learn of the charges that Mr. Johnson pled guilty to at his Arraignment. I have spoken to Rick on more than one occasion since his plea and am positive that he realizes that what he did in a position of trust was wrong and irreprehensible. While I do not believe that he deserves a "slap on the wrist" I ask your honor to take into consideration all the good that he has done throughout his years as a public servant and for his family and church.

I believe that given the opportunity, Rick Johnson will demonstrate that the errors in judgment he made were an anomaly and that at the core of his soul he is a man who is

committed to his, family, community and the Lord and will serve them with all ais heart and might.

Respectfully Yours.

## Marc I Shulman

**Marc I. Shulman Esq.**

MIS



"Best in the Business"

Honorable US District Judge Jane M. Beckering

Hello your honor, my name is Sam Cronkhite, I am the owner of All Ways Welding a small fabricating shop in Cadillac mi. My home is in Manton Mi where I am currently the Mayor.

I am writing today on behalf of Rick Jonhson. I have known Rick and his wife Jan for several years.

Rick and I have worked together on fundraisers for various political candidates. We have attended many of the same dinners and functions. I have always found Rick to be above board and pleasant to work with. Considering Ricks career and his achievements in the political realm, he has always severed as a great resource for information and policy concerning local government and the ins and outs of committee work.

I consider Rick a good man and appreciate all he has done for our local community and our state.

Please feel free to contact me if need be.

Sam Cronkhite



Gmail

## etter of support for Rick Johnson

message

ck Johnson

Tue, Apr 11, 2023 at 6:06 PM

From: susan krell
Date: April 11, 2023 at 10:37:36 AM EDT
To:
Subject: Letter of support for Rick Johnson

With our move to LeRoy in 1979 for my wife's teaching position, we have enjoyed over forty years as friend and neighbor of Rick Johnson. We soon learned the young dairy farmer was willing to help and generous in lending equipment or providing the effort to help his neighbors.

As my wife and I pursued careers in education, we noted his involvement in positions with the Pine River School Board, the road commission and other local community efforts. We were impressed with his election as a State of Michigan representative and later amazed at his elevation to the position of speaker of the House! Rick was very effective in his efforts helping communities with road or foundation projects that would help communities grow and attract new business. He was recognized as one that gets th job done.

Later in my position of high school principal at Mesick High School, Rick asked me what I needed, I replie  e're challenged with the shortage of teachers in the specialty areas  like Voc. Ed. Rick got involved and in time   r the next school year, a bill was passed that secured a retired teacher's pension, enabling him to join our Mesick staff and develop an outstanding wood shop program and mentor a young teacher for the program.

Rick was also generous in sharing the skills and strategies of entering local politics.  He offered advice and assistance helping friends and local community members win elections to school, township, and county boards.  I join  him in the efforts of helping with the successful election of our County Sheriff.

In closing, based on over forty years of experience I respect and admire Rick Johnson"s efforts as a parent, friend, neighbor and community member.

Sincerely,


Mark Krell

## Randy Richardville

Executive Director, Oaks Village Homeless Center/Vice Chair, Monroe
County Board of Commissioners

August 11, 2023

The Honorable Jane M. Beckering
US District Court
Western District of Michigan

Dear Judge Beckering:

I am writing this letter in support of my friend and former colleague, Rick Johnson. I have known Rick since I was first elected to the House of Representatives in the fall of 1998 and served with him until we both termed out at the end of 2004. In our final term we worked very closely to serve the people of Michigan as I was elected the majority floor leader by our peers. I believe working with Rick helped to prepare me to subsequently be elected President Pro Tempore of the Michigan Senate and then the Michigan Senate Majority Leader from 2011 to 2014.

Serving in the Michigan legislature is an honor and privilege that few are blessed to receive. Rick Johnson is one of the few people that I have had the privilege of staying friends with after our service. believe a special bond exists with all of us who have served the people of Michigan in the any capacity. am sure you are aware of and share this phenomenon given your tenure of service in the judicial bran h.

I am not aware of the details of Rick's case, but I do know Rick's character and integrity. He has a friendly, helpful nature born of the simplicity of a farming family in Michigan. I have never known Rick to compromise his calling of service to the people of Michigan, nor jeopardize his integrity or character for any reason. Rick may not be perfect and/or polished, but that is part of what made him an effective leader.

Please consider this letter an uncompromising endorsement of Rick Johnson as a person and fellow leader in the pursuit of public service. May your blessings continue as you contemplate your decisions.

Sincerely,

*Randy Richardville*

Randy Richardville





GRANT CONSULTING

April 26, 2023

The Honorable Jane M. Beckering
U.S. District Judge
Western District of Michigan
602 Federal Building | 110 Michigan Street, NW
Grand Rapids, MI 49503

Dear Judge Beckering,

I am writing this letter to you to share my opinion of Rick Johnson. I have known Rick for over 25 years.

When Rick came to Lansing as a legislator, it was clear he wanted to make a positive difference for the citizens of Michigan. He succeeded in touching countless lives in many ways. As Speaker of the House, Rick was the first person in the office every morning and the last one to leave the Capitol at night. His work ethic and commitment to public service could not be outdone. He surrounded himself with the brightest and best young people Michigan had to offer. As Speaker, and afterwards, his door was always open – a common thought when a solution could not be found was "let's see what Rick thinks". He listened to all points of view. Kind and considerate; I have never heard him raise his voice.

Every December while Rick was Speaker, he would bring hundreds of holiday wreaths down from his Christmas tree farm on a big flatbed trucks. He did this to show his appreciation to everyone at the Capitol – from the interns, staff, and Journal clerks to fellow legislators. Rick consistently showed his gratitude to all those around him.

In closing, I hope my letter helps give you a view of the Rick I know – a caring family person and loyal friend to many.

Best regards,

Rhonda K. Grant

Rhonda Grant
President & CEO

620 South Capitol Ave. Suite 100, Lansing, MI 48933 | 304 East Capitol St. N.E., Suite 4, Washington, DC. 20003
Phone: (517) 367 2008 | Fax: (517) 367 6659 | www.grantconsultinggroup.net

April 15, 2023

The Honorable Judge Jane M. Beckering
Federal District Court
602 Federal Building
110 Michigan St. NW
Grand Rapids MI 49503

*Re: Rick V. Johnson*

Dear Judge Beckering:

My name is Kurt Berryman from Lansing, Michigan. I am writing on behalf of Mr. Rick V. Johnson. I have known Rick Johnson since 1990 and consider him a very good and long-time friend. I first met Rick when he was a farmer and county commissioner in Osceola County, Michigan. I was a college student at CMU. I have known him in many different capacities and roles during our thirty plus year friendship.

During both my personal and professional interactions with Mr. Johnson over the past three decades I have found him to be a person of great integrity in our dealings. In addition, he has always shown me great respect and kindness. In the time I have known him Rick has dedicated most of his adult life to helping others, his community, and the people of Michigan.

I have interacted with him since he was simply a LeRoy farmer and during his tenure as a state representative and as Speaker of the Michigan House of Representatives. Our friendship has continued to this day. I have always marveled at how Rick never really changed over the years no matter what position he was in.

I have also gotten to know him as a father and grandfather. Watching his family grow up over the past 30 years and seeing firsthand the importance he puts on family. Even today, in his 70s, he still resides on the same family farm in Osceola County and recently welcomed another grandchild.

As I reflect on half of a lifetime of friendship with Rick, I am at a loss for what has brought him before Your Court. However, I did want to share with you my experiences with a good friend of over 30 years as you undertake your important duties.

Respectfully,

Kurt F. Berryman
Lansing, Michigan