UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICK JOHNSON,<br><br>    Defendant. | Case No. 1:23-cr-40<br><br>HON. JANE M. BECKERING<br><br>United States District Judge |

**DEFENDANT RICK JOHNSON'S SUPPLEMENTAL
SENTENCING MEMORANDUM**

As stated in his Sentencing Memorandum (ECF No. 91), Rick Johnson suffers from several medical conditions. He has recently been treating at Munson Hospital in Cadillac for a heart condition. On September 26, 2023, Mr. Johnson appeared for a follow-up appointment with his cardiac specialist Dr. Anna Booher, MD. *Exhibit A*. Dr. Booher ordered that Mr. Johnson have blood work performed, prescribed him medication, and ordered a procedure for placement of a catheter in his heart. Based on the potential seriousness of the condition and procedure, Mr. Johnson was scheduled for placement of the catheter on October 2, 2023.

These records are confirmation that Mr. Johnson is suffering from a potentially serious physical impairment. It is serious enough to require a surgical procedure on his heart. Given Mr. Johnson's age and overall health, there is reason to believe he will require on-going treatment and supervision. The Court should take this into consideration when imposing a sentence. The Court should also know that Mr.

Johnson is prepared to proceed with sentencing as scheduled and that the recent medical treatment is not be construed as dilatory in nature.

Additionally, and in light of pending medical procedure, Mr. Johnson requests that the Court permit him to self-surrender to any sentence imposed by the Court. This would permit him to receive the medical treatment he requires, recuperate, and prepare to commence whatever sentence is imposed.

DONDZILA LAW, PLLC

Date: September 27, 2023     By:     */s/ Nicholas V. Dondzila*
Nicholas V. Dondzila (P73937)
Attorneys for Defendant Johnson
7125 Headley Street
P.O. Box 728
Ada, MI 49301
(616) 970-0931
nickdondzila@gmail.com