# Exhibit A

## HEART CATHETERIZATION

 **MUNSON HEALTHCARE**

PATIENT: Rick Johnson   DOB: ▓▓▓▓   Procedure Date: Oct 2, 2023 with Dr. Yelavarthy
Call procedure scheduling: 231-935-5800 on 9/29/23 between 2 and 4 pm for your arrival time and assigned Physician.

- You must call to inform us if your insurance changes prior to your procedure. Failure to do so could lead to a last-minute cancelation.
- If your health changes prior to the procedure call 231-935-5800 to speak to a nurse.

**INSTRUCTIONS: Take all morning medication with a sip of water unless otherwise instructed.**

- Are you on Dialysis? ☒ No  or  ☐ Yes  If yes, _____(Facility name/location)
- Are you allergic to contrast dye? ☒ No  or  ☐ Yes  If yes, A prescription will be sent to your local pharmacy for Prednisone (two 50 mg tablets). Take one tablet 13 hours and the second tablet 7 hours prior to your arrival time. A final tablet will be given to you one hour prior to your procedure.
- Have lab work done no later than: 9/28/23. For a Monday procedure complete by the Thursday prior to the procedure.
- Do not eat anything after midnight. You may have clear liquids up until four hours prior to arrival time.
  ☒ eGFR 9/13/23 lab date  eGFR ≤ 60: Drink 16.9 oz of water two hours prior to your arrival time.
  ☐ eGFR unknown at time of instructions, you will receive a call if hydration is needed.
  ☐ Ok to leave message?_____.

**CONTINUE:** ☐ Aspirin  ☐ Plavix  ☒ Start 81 mg Aspirin daily
**Diabetic Medication Instructions:**

- Do not take **Glipizide, Glyburide or Glimeperide** the morning of your procedure. If you take **Metformin**, you may be asked to hold your morning dose based on your lab results. You will receive a call from us.
- Do not take **fast/rapid acting regular insulin** the morning of your procedure.(**Humalog, Novolin, Humalin**)
- Intermediate insulin: **NPH (Humulin N, Novolin N)**-Take 50% of your usual dose the evening before and the morning of your procedure.
- Long acting Insulin: **(Levemir, Basaglar, Lantus, Tresiba, Toujeo)** take 80% of your usual dose the evening prior and the morning of your procedure.
- Insulin pump: continue your usual basal rate and notify cath lab staff of your pump upon arrival.
- Do you take an anticoagulant? ☒ No  or  ☐ Yes  If yes, take your last dose of _____ on _____ (date/time) Per:_____
- Your procedure is scheduled  ☒ without  ☐ with anesthesia  If yes, Hold Ace/Arb_____.
- Do not use any lotions or creams the day of your procedure. Use deodorant sparingly.

You will need a driver and caregiver for 24 hours post procedure. If you spend the night in the hospital for observation you will need a driver ▓▓▓▓▓▓▓▓▓▓▓▓

_____         _____
(Driver name)                  (Dr.)
_____         _____
(Patient signature /date)      (Witness signature /date)

Instructions ☐ mailed  ☒ emailed to patient.

1200 Sixth Street Suite 200   231-935-5800   munsonhealthcare.org
Traverse City, MI 49684

**Traverse Heart & Vascular**
A Service of Munson Medical Center

Rev. 8.18.23

 MHC Traverse Heart and Vascular Cadillac

704 Oak Street  Ste 200
Cadillac, MI 49601-
Phone: (231) 876-6753   Fax: (231) 876-6769

Name: JOHNSON, RICK VERNON 

BirthDate: 
Gender: Male
Primary Care: Kiomento MD, Helen M

Phone:

## Insurance Information

**INSURANCE INFORMATION FOR SELECTED ACCOUNT#**

Account Number: 

**GUARANTOR INFORMATION**

Guarantor Name:
Guarantor's Relationship to Patient:
Guarantor Phone:
Guarantor Address:

## Diagnosis

| Diagnosis: **DOE (dyspnea on exertion)** | |
|---|---|
| Diagnosis Date: 9/26/2023 | Status: Active |
| Code: R06.09 (ICD-10-CM) | |

## Laboratory Orders

| Order: **Basic Metabolic Panel** | |
|---|---|
| Diagnosis: DOE (dyspnea on exertion); Code: R06.09 | |
| Ordering Physician: Booher MD, Anna M | |
| Order Details: Routine, ONCE, 9/26/23 11:41:00 AM EDT, Stop 9/26/23 11:41:00 AM EDT, None, Dx DOE (dyspnea on exertion) | |
| Comment: | |
| Action: Order | Date/Time: 9/26/2023 11:42 EDT |
| Electronically Signed By: Booher MD, Anna M | |

| Order: **Complete Blood Count (CBC)** | |
|---|---|
| Diagnosis: DOE (dyspnea on exertion); Code: R06.09 | |
| Ordering Physician: Booher MD, Anna M | |
| Order Details: Routine, ONCE, 9/26/23 11:41:00 AM EDT, Stop 9/26/23 11:41:00 AM EDT, None, Dx DOE (dyspnea on exertion) | |
| Comment: | |
| Action: Order | Date/Time: 9/26/2023 11:42 EDT |
| Electronically Signed By: Booher MD, Anna M | |

Activate Order in Atlas

**Message**     **JOHNSON, RICK VERNON -** ███████████

---

**From:**           Cronkhite RN, Shasta D (THV Booher Clinical Pool)
**Sent:**           9/26/2023 11:44:36 EDT
**To:**             Cronkhite RN, Shasta D;
**Patient's Name:** JOHNSON, RICK VERNON
**Caller Name:**    JOHNSON, RICK VERNON
**Phone:**          ███████████
**Subject:**        FW: THV - CCTA followup and cath orders

**Addendum by Cronkhite RN, Shasta D on September 26, 2023 12:10:31 EDT**
Called procedure scheduling 10/02/2023 w/ Dr. Yelavarthy

**Addendum by Cronkhite RN, Shasta D on September 26, 2023 11:44:36 EDT**

From: Cronkhite RN, Shasta D (THV Booher Clinical Pool)
To: Cronkhite RN, Shasta D;
Sent: 9/26/2023 11:44:36 EDT
Subject: FW: THV - CCTA followup and cath orders
Caller Name: JOHNSON, RICK VERNON; Caller Number: ███████████

From: Booher MD, Anna M
To: THV Booher Clinical Pool;
Sent: 9/26/2023 11:42:56 EDT
Subject: THV - CCTA followup and cath orders
Caller Name: JOHNSON, RICK VERNON; Caller Number: ███████████

\*\* Submitted: \*\*
Order: Basic Metabolic Panel  ONCE
Details:  Routine, ONCE, 9/26/2023 11:41 EDT, Stop 9/26/2023 11:41 EDT, None, Dx DOE (dyspnea on exertion)

**Printed By :**   SCRONKHITE                               Page 1 of 2
**Printed On :**   9/26/2023 12:59:24 EDT

Message          JOHNSON, RICK VERNON - 

Signed by Booher MD, Anna M  9/26/2023 11:41:00 EDT

**\*\* Submitted: \*\***
Order:Complete Blood Count (CBC)  ONCE
Details:  Routine, ONCE, 9/26/2023 11:41 EDT, Stop 9/26/2023 11:41 EDT, None, Dx DOE (dyspnea on exertion)
 Signed by Booher MD, Anna M  9/26/2023 11:41:00 EDT

**\*\* Submitted: \*\***
Order:atorvastatin (atorvastatin 80 mg oral tablet)  1 Tab  Oral  Daily  new cholesterol med
Qty:  90 Tab        Refills:  3
Substitutions Allowed     Route To Pharmacy - WALGREENS DRUG STORE #07660
 Signed by Booher MD, Anna M  9/26/2023 11:42:00 EDT

**\*\* Submitted: \*\***
Order:Procedure Scheduling Request
Details:  CAR Left cath possible PCI, Dx DOE (dyspnea on exertion), 9/26/2023 11:41 EDT
 Signed by Booher MD, Anna M  9/26/2023 11:41:00 EDT

**General Message:**
**Called and talked to the patient about his CCTA results. Somewhat unexpected given normal perfusion imaging. However his symptoms are suggestive of angina with shortness of breath and some chest discomfort when he walks uphill or walks to his mailbox. We will pursue coronary angiography. Risks alternatives and benefits were explained with the patient.**

**Please update his medication list to show that he does take a baby aspirin daily. I will also send in a statin because this was in question at the time of his office visit. Thanks**