# Exhibit B



MUNSON HEALTHCARE
Cardiothoracic Surgeons of Grand Traverse

1221 Sixth Ste 202, Traverse City, MI 49684
231-935-5731 phone | 231-935-5736 fax

RICK JOHNSON



October 11, 2023

**To whom it may concern,**

This letter is regarding Mr Rick Johnson who presented to Munson Medical Center with unstable angina and ultimately underwent coronary artery bypass grafting surgery on October 4, 2023 by Dr. Brandon Wojcik. His early postoperative course has proceeded without complication and the patient was discharged from the hospital in the usual fashion. He is scheduled for cardiothoracic surgical follow-up clinic assessment on October 26, 2023.

However, based on the recent complex surgical intervention and high risk for early postoperative complications, it is my recommendation to defer incarceration 90 days from surgery until the patient has demonstrated adequate surgical recovery and completed early cardiac rehabilitation. This recommendation is due to the fact it would be very difficult to accurately monitor necessary medication changes and to ensure that he can maintain lifting restrictions without risk of sternal dehiscence.

*Brandon Wojcik, MD*
**Brandon Wojcik, MD**

Name: JOHNSON, RICK VERNON          Page 1 of 1