UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICK JOHNSON, <br><br> Defendant. | Case No. 1:23-cr-40 <br><br> HON. JANE M. BECKERING <br><br> United States District Judge |

**DEFENDANT RICK JOHNSON'S CORRECTED MOTION TO DELAY SELF-SURRENDER AND BRIEF IN SUPPORT**

Defendant, Rick Johnson, through his counsel, Dondzila Law, PLLC, hereby moves to delay his self-surrender date and states as follows:

1. On October 11, 2023, a motion was filed to delay Mr. Johnson' report date to commence his custodial sentence.  (ECF. No. 124)

2. The motion was based on the fact that Mr. Johnson had heart surgery on October 4, 2023 and that his surgeon opined that Mr. Johnson's report date should be deferred for 90 days to allow for recovery and treatment.

3. The Court granted the motion.  (ECF No. 127).

4. However, the undersigned miscalculated 90 days from October 4, 2023 in the original motion.

5. The undersigned intended to request a report date of January 2, 2024, not December 2, 2023.  This motion is intended only to address the miscalculation.

6. A report date of January 2, 2024 is 90 days from the October 4, 2023 surgery, and consistent with the opinion of Mr. Johnson's medical team.  A report date of December 2, 2023 is only 59 days post-surgery.

7. A corrected report day of January 2, 2024 is requested for the above stated reasons and those set forth in the original motion.  (ECF No. 124).

8. Undersigned counsel has conferred with Assistant U.S. Attorney Chris O'Connor, who does not oppose this request.

DONDZILA LAW, PLLC

Date:  October 16, 2023        By:    /s/ Nicholas V. Dondzila
　　　　　　　　　　　　　　　　　　　　Nicholas V. Dondzila (P73937)
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Johnson
　　　　　　　　　　　　　　　　　　　　7125 Headley Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 728
　　　　　　　　　　　　　　　　　　　　Ada, MI 49301
　　　　　　　　　　　　　　　　　　　　(616) 970-0931
　　　　　　　　　　　　　　　　　　　　nickdondzila@gmail.com