UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

RICK VERNON JOHNSON,

     Defendant.

_____/

Case No. 1:23-cr-40-1

HON. JANE M. BECKERING

### ORDER

     Pending before the Court is Defendant's Corrected Motion to delay self-surrender deadline (ECF No. 128), seeking to extend his self-surrender reporting date to the Bureau of Prisons.  On October 13, 2023, the Court issued an Order granting an extension of the deadline until not later than December 2, 2023 (ECF No. 127).  The instant motion seeks to address a miscalculation in the earlier motion (ECF No. 124).[1]  The corrected motion is unopposed (*see* ECF No. 129).  The Court, having reviewed the filing, will grant in part and deny in part the instant request.  Specifically, the Court will grant an extension of time until December 2, 2023.  Accordingly:

     **IT IS HEREBY ORDERED** that the Corrected Motion to delay self-surrender deadline (ECF No. 128) is GRANTED IN PART AND DENIED IN PART; Defendant shall, not later than December 2, 2023, report to the facility designated by the Bureau of Prisons.

Dated: October 17, 2023

     /s/ Jane M. Beckering
     JANE M. BECKERING
     United States District Judge

---

[1] At the time the deadline was extended to December 2, 2023, the Court was aware of the miscalculation in Defendant's earlier motion.