# Exhibit A




**MUNSON HEALTHCARE**
Cardiothoracic Surgeons of Grand Traverse

1221 Sixth St., Ste. 202, Traverse City, MI 49684
231-935-5730 phone | 231-935-5736 fax

RICK JOHNSON




November 03, 2023

**To whom it may concern,**

This letter is regarding Mr. Rick Johnson who presented to Munson Medical Center with unstable angina and ultimately underwent coronary artery bypass grafting surgery on October 4, 2023. I performed this operation. I was asked to provide an update and clarification of when it would be most appropriate for Mr. Johnson to present for incarceration.

As previously stated, he had no immediate postoperative issues while hospitalized and was discharged in the usual fashion. He presented for follow-up evaluation on 10/31/2023. He has had a low heart rate and high blood pressure that has required monitoring and adjusting of his post-operative cardiac medications, but is otherwise recovering well.

He was referred to cardiac rehabilitation and will begin this shortly. This is a program that is scheduled for up to twelve weeks. In an ideal situation, he would complete the entire program. If this is not a service that can be provided while he is incarcerated and he is not felt to be a flight risk, it would be advisable for this to be completed before incarceration. An incarceration date of February 1st, 2024 would allow enough time to receive the benefits of cardiac rehabilitation. My office is not responsible for ensuring that these sessions are attended.

If cardiac rehabilitation services can be provided while he is incarcerated, or he is felt to be a flight risk and must present at an earlier date, I recommend that he remains on a ten-pound lifting restriction until January 4th, 2024 to prevent sternal dehiscence. He should also be seen regularly by the medical staff services at the prison to monitor his heart rate and blood pressure. Future inquiries of medical conditions outside of his recent cardiac surgery will need to be directed to his primary care physician and/or cardiologist.

**Brandon Wojcik, MD**

Name: JOHNSON, RICK VERNON          Page 1 of 1          DOB: