# Exhibit C

**Family Practice of Cadillac, P.C.**

827 East Division (M-55) • Cadillac, MI 49601
Phone (231) 775-9741 • Fax (231) 775-9333

Kevin E. Anderson, M.D.
Alicia T. Elmore, D.O.
Brandon C. Peltier, D.O.
Helen M. Kiomento, M.D.
Sergei V. Shumaster, M.D.
Elizabeth M. Hicks, D.O.

November 7, 2023

RE: Rick Johnson
DOB: ▮▮▮▮▮

To Whom It May Concern,

Rick Johnson, date of birth 12/11/1952, is my patient. He had recent 4 vessel coronary artery bypass graft, and saw me in the office today for follow up. He is still having significant exercise intolerance, and I think it would be beneficial for him to complete cardiac rehabilitation, which can take 12 weeks. He tells me that he will be incarcerated soon. In my medical opinion, it would be beneficial for him to complete cardiac rehabilitation, and if this cannot be done while he is incarcerated, it would be beneficial for him to delay incarceration until it is completed.

I appreciate your consideration of this, and if there is any other information I can provide that will assist this patient, please do not hesitate to call me at the office.

Sincerely,

*[signature]*

Helen M. Kiomento, M.D.