UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICK VERNON JOHNSON,

    Defendant.
_____/

Case No. 1:23-cr-40-1

HON. JANE M. BECKERING

## ORDER

Pending before the Court is Defendant's Motion to delay self-surrender deadline (ECF No. 140), seeking to extend his self-surrender reporting date to the Bureau of Prisons. The government filed a Response opposing the motion (ECF No. 142). Since the time of sentencing, the Court has addressed similar requests on two prior occasions (*see* ECF Nos. 127 & 130). The Court, having reviewed the filing, finds that additional delay is unwarranted. Instead, the Court recommends that the Bureau of Prisons provide a thorough physical examination of Defendant upon his arrival at the facility and ensure his medical needs are met. Accordingly:

**IT IS HEREBY ORDERED** that the Motion to delay self-surrender deadline (ECF No. 140) is DENIED.

Dated: November 17, 2023

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge