AO 245B (MIWD Rev. 12/16)- Judgment in a Criminal Case
Judgment – Page 2
Defendant: RICK VERNON JOHNSON
Case Number: 1:23-cr-40-1

**FILED - GR**
December 29, 2023 10:53 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW /12-29

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **FIFTY-FIVE (55) MONTHS**.

☒ The court makes the following recommendations to the Bureau of Prisons:

1. that the defendant be placed in a correctional facility as close as possible to his family in or near the State of Michigan.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ on _____

　☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2:00 P.M. on _____

　☒ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ surr. on _December 1st, 2023_ to _Federal Prison Camp_ at _Duluth, MN_, with a certified copy of this judgment.

B. Eischen, Warden
United States Marshal

By: J. Ostrander, CSO
Deputy United States Marshal