AO 250 (Rev. 09/20) Pro-Se Motion for Compassion Release

# UNITED STATES DISTRICT COURT
## FOR THE
## Western DISTRICT OF Michigan

FILED - GR
August 14, 2024 9:26 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC  SCANNED BY KB 8/14

UNITED STATES OF AMERICA

v.

Rick Vernon Johnson

Write your full name here.

Case No. 1:23-CR-40-1
(write the number of your criminal case)

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)
(Compassionate Release)**
(*Pro Se* Prisoner)

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes

☒ No

If you answered yes, please list the documents in section IV of this form.

Page 1 of 6