CONTENTS

| | |
|---|---|
| Motion for Sentence Reduction Under 18 U.S.C. & 3582 (c) (1)(A) (Compassionate Release) (Pro Se Prisoner) | Section A |
| Proposed Release Plan | Section B |
| Inmate Request to Staff – Warden Mr. Eischen for Compassionate Release | Section C |
| Response to Inmate Request to Staff – Warden Mr Eischen for Compassionate Release | Section D |
| Male PATTERN Risk Scoring – Rick Vernon Johnson (Prisoner Assessment Tool Targeting Estimated Risk and Needs) | Section E |
| Community Letters of Support for Home Confinement/Compassionate Release | Section F |
| Attachment 1-Summary of Medical Information | Section G |
| Rick Johnson – Medical Log 1-24-2024 through 4-12-2024 | Section H |
| Rick Johnson – Medical Log 6-15-2024 | Section I |
| Rick Johnson – Sick Call Appointment Request 6-10-2024 | Section J |
| Medical Records Munson Healthcare 9-13-2023 through 11-22-2023 | Section K |
| Medical Records Munson Healthcare 10-2-2023 through 10-9-2023 Part 1 | Section L |
| Medical Records Munson Healthcare 10-2-2023 through 10-9-2023 Part 2 | Section M |
| Medical Records St. Luke's Hospital | Section N |