Inmate Request to Staff
Warden Mr. Eischen
for Compassionate Release

Response to Inmate Request to Staff
Warden Mr. Eischen
for Compassionate Release



    793, Gathering, Transmitting or Losing Defense Information
    794, Gathering or Delivering Defense Information to Aid Foreign Government
    795, Photographing and Sketching Defense Installations
    796, Use of Aircraft for Photographing Defense Installations
    797, Publication and Sale of Photographs of Defense Installations
    798, Disclosure of Classified Information
    798a, Temporary Extension of Section 794
    799, Violation of Regulations of National Aeronautics and Space Administration

## 12 U.S.C. § 1715w - Mortgage insurance for nursing homes, intermediate care facilities, and board and care homes

(a) Definitions - For the purposes of this section–

(1) the term "**nursing home**" means a public facility, proprietary facility or facility of a private nonprofit corporation or association, licensed or regulated by the State (or, if there is no State law providing for such licensing and regulation by the State, by the municipality or other political subdivision in which the facility is located), for the accommodation of convalescents or other persons who are not acutely ill and not in need of hospital care but who require skilled nursing care and related medical services, in which such nursing care and medical services are prescribed by, or are performed under the general direction of, persons licensed to provide such care or services in accordance with the laws of the State where the facility is located;

(2) the term "**intermediate care facility**" means a proprietary facility or facility of a private nonprofit corporation or association licensed or regulated by the State (or, if there is no State law providing for such licensing and regulation by the State, by the municipality or other political subdivision in which the facility is located) for the accommodation of persons who, because of incapacitating infirmities, require minimum but continuous care but are not in need of continuous medical or nursing services;

(3) the term a "**nursing home**" or "**intermediate care facility**" may include such additional facilities as may be authorized by the Secretary for the nonresident care of elderly individuals and others who are able to live independently but who require care during the day; . . .

(4) the term "**assisted living facility**" means a public facility, proprietary facility, or facility of a private nonprofit corporation that--

    a. is licensed and regulated by the State (or if there is no State law providing for such licensing and regulation by the State, by the municipality or other political subdivision in which the facility is located);

    b. makes available to residents supportive services to assist the residents in carrying out activities of daily living, such as bathing, dressing, eating, getting

BP-A0148
JUNE 10
INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE   FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden, Mr. Eischen | DATE: January 31, 2024 |
|---|---|
| FROM: Rick Vernon Johnson | REGISTER NO.: 55930-510 |
| WORK ASSIGNMENT: N/A | UNIT: Great Lakes, DTH, 208 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Dear Warden,
 Via this formal cop-out, I would like to considered for a Compassionate Release pursuant to, among other things, the First Step Act of 2018, 5194, 5239, § 3582(c)(1), that allows inmates to bring forth a conideration to their respective Warfen's before seeking a redressal from the courts.
I wish to be considered for a Compassionate Release on health and medical grounds. Apart from my health condirtion, ishould also be granted relief for my age, as at 71years, I also qualify for the Elderly Offender Credit.

I am detailing my medical condition in the attached document and will be grateful for your consideration.

Thanks & Regards
*Rick Johnson*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
PDF                     Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    **SECTION 6**

## SUMMARY OF MEDICAL CONDITION

I self surrendered at this facility on Decmeber 01, 2023 for a 44month sentence. Prior to coming here, on October 4, 2023, I developed serious heart complications, was unable to breathe. Upon medical diagnosis, which are available and can be shared upon request, it was discovered that I have serious blockages in at least 4 places, which is considered a very bad prognosis, medically. I had to be operated upon and the doctors had to place in new veins. I had to go through an extensive surgery and was discharged from the hospital after around a week of recovery. Also the cardialogist who performed the surgery, placed it on my medical record that I am not in a condition to serve a prison sentence and I was advised against a surrender. I took the matter back to the court along with the medical reccommendation, but the judge denied my request and upheld the decision to self surrender to this facility on december 01, 2023 and commence my sentence.

Since my sentence was against medical opinion, on or around this past Christmas, I started developing severe pain, shortness of breath in the same reqgion of my body where i had to undergo the surgery. had to suffer for about 3 weeks in excruciating pain and suffering before I was taken to the St. Lukes hospital here in Duluth. I was diagnosed with severe internal bleeding that had been going on for possibly 3 weeks or more. Once again an emergency surgery had to be performed and I had to also be placed on blood transfusion for the amount of blood loss. This time around I had to be in the hospital for 8 days. My medical records of this encounter are alreadty available here with the medical team, who with all due credits were very professional and immediately sent me to St. Lukes for treatment.

My health continues to deteriorate, due to age, and two critical surgeries in a short speaks for itself. I am now in a state where I need round the clock medical care and attention and I cannot afford to take any chances.

Also given the fact that I am elderly offender, I qualify for that additional credit and consideration also.

**CONCLUSION:**

Via this request, I humbly request you for consideration of a Compassionate Release on health and medical grounds or at a minimum, allow a transfer to Home Confinement so I can care for myself. I have top of the line, health and medical benefits that will more than take care of my health problems and also help me with round the clock medical care and attention at my home.

I will be grateful if you consider my request and grant me the requested relief at the rarliest.

Respectfully Submitted

*Rick Johnson*