

Response to Inmate Request to Staff
Johnson, Rick Vernon
Reg. No. 55930-510

This is in response to your Inmate Request to Staff received in this office on February 1, 2024. You request a Compassionate Release, due to your age and medical condition.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this guidance.

While you have a medical condition, it is not terminal or debilitated. In order to be considered for Compassionate Release due to your age and medical conditions, you must be 65-years-old (or older) and have served 50 percent of your sentence. While you are 71-years-old, you have served only 4.0 percent of your statutory term; therefore, you do not meet the minimum qualifications to be considered for Compassionate Release. Additionally, Judge Beckering was aware of your age (70) at the time of your sentencing, and still sentenced you to serve 55 months. Based on the information above, your request for Compassionate Release is denied.

If you are not satisfied with this response, you may commence an appeal of this decision via the Administrative Remedy process by submitting your concerns on the appropriate form (BP-9) within 20 calendar days of the receipt of this response.

I trust this addresses your concerns.

_____          2/7/24
B. Eischen, Warden                  Date