# Male PATTERN Risk Scoring
# Rick Vernon Johnson

# (Prisoner Assessment Tool Targeting Estimated Risk and Needs)



## MALE PATTERN RISK SCORING

**Register Number:** 59930-510  **Date:** 7-7-2024
**Inmate Name:** Rick Vernon Johnson

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| 1. Current Age | > 60 | 0 | 0 | 0 | 0 |
|  | 51-60 | 7 |  | 4 |  |
|  | 41-50 | 14 |  | 8 |  |
|  | 30-40 | 21 |  | 12 |  |
|  | 26-29 | 28 |  | 16 |  |
|  | < 26 | 35 |  | 20 |  |
| 2. Walsh w/Conviction | No | 0 | 0 | 0 | 0 |
|  | Yes | 2 |  | 0 |  |
| 3. Violent Offense (PATTERN) | No | 0 | 0 | 0 | 0 |
|  | Yes | 5 |  | 7 |  |
| 4. Criminal History Points | 0 - 1 Points | 0 | 0 | 0 | 0 |
|  | 2 - 3 Points | 8 |  | 3 |  |
|  | 4 - 6 Points | 16 |  | 6 |  |
|  | 7 - 9 Points | 24 |  | 9 |  |
|  | 10 - 12 Points | 32 |  | 12 |  |
|  | > 12 Points | 40 |  | 15 |  |
| 5. History of Escapes | None | 0 | 0 | 0 | 0 |
|  | > 10 Years Minor | 3 |  | 2 |  |
|  | 5 - 10 Years Minor | 6 |  | 4 |  |
|  | < 5 Years Minor/Any Serious | 9 |  | 6 |  |
| 6. History of Violence | None | 0 | 0 | 0 | 0 |
|  | > 10 Years Minor | 1 |  | 2 |  |
|  | > 15 Years Serious | 2 |  | 4 |  |
|  | 5 - 10 Years Minor | 3 |  | 6 |  |
|  | 10 - 15 Years Serious | 4 |  | 8 |  |
|  | < 5 Years Minor | 5 |  | 10 |  |
|  | 5 - 10 Years Serious | 6 |  | 12 |  |
|  | < 5 Years Serious | 7 |  | 14 |  |
| 7. Education Score | Not Enrolled | 0 | -2 | 0 | -2 |
|  | Enrolled in GED | -1 |  | -1 |  |
|  | HS Degree / GED | -2 |  | -2 |  |
| 8. Drug Program Status | No DAP Completed | 0 | -6 | 0 | -6 |
|  | NRDAP Complete | -2 |  | -1 |  |
|  | RDAP Complete | -4 |  | -2 |  |
|  | No Need | -6 |  | -3 |  |
| 9. All Incident Reports (120 months) | 0 | 0 | 0 | 0 | 0 |
|  | 1 | 1 |  | 1 |  |
|  | 2 | 2 |  | 2 |  |
|  | > 2 | 3 |  | 3 |  |
| 10. Serious Incident Reports (120 months) | 0 | 0 | 0 | 0 | 0 |
|  | 1 | 1 |  | 1 |  |
|  | 2 | 2 |  | 2 |  |
|  | > 2 | 3 |  | 3 |  |
| 11. Time Since Last Incident Report | 12+ months or no incidents | 0 | 0 | 0 | 0 |
|  | 7-12 months | 1 |  | 1 |  |
|  | 3-6 months | 2 |  | 2 |  |
|  | <3 | 3 |  | 3 |  |
| 13. FRP Refuse | NO | 0 | 0 | 0 | 0 |
|  | YES | 2 |  | 0 |  |
| 14. Programs Completed | 0 | 0 | 0 | 0 | 0 |
|  | 1 | -3 |  | -1 |  |
|  | 2 - 3 | -6 |  | -2 |  |
|  | 4 - 10 | -9 |  | -3 |  |
|  | > 10 | -12 |  | -4 |  |
| 15. Work Programs | 0 Programs | 0 | -1 | 0 | -1 |
|  | 1 Program | -1 |  | -1 |  |
|  | >1 Program | -2 |  | -2 |  |
| **Total Score (Sum of Columns)** |  | **General:** | **-9** | **Violent:** | **-9** |
| **General/Violent Risk Levels** |  | General: |  | Violent: |  |
| **OVERALL MALE PATTERN RISK LEVEL** |  |  |  |  |  |