# Community Letters of Support for Home Confinement Compassionate Release



February 14, 2024

To whom it may concern

I am writing to express my support for Rick Johnson receiving a compassion release from prison. While I understand the seriousness of the circumstances that led to his incarceration, I believe that he has shown genuine remorse for his actions and has taken significant steps towards rehabilitation during his time served.

Given Rick's current medical condition one can see where the care from his medical team back home could alleviate a burden on the prison as well as enhance Rick's ability to recover better and faster. House arrest would allow Rick to heal as well as continue to be a productive member of his community.

Given Rick's age of 71, makes me want to emphasize the impact that Rick's continued incarceration has on his wife, children, grandchildren, friends, and loved ones. While accountability is important, I believe that Rick's release would not only benefit them individually but it would also contribute to the well-being of his support network and community.

I urge you to consider Rick Johnson's case with compassion and fairness, taking into account his efforts towards rehabilitation and the potential for positive contributions to society upon release. I believe that granting him early release would be a step towards justice and redemption.

If there is anything I can do personally to assist in this matter please do not hesitate to reach out to me.

Thank you for considering my perspective on this matter.

Sincerely,
Sheriff Mark W. Cool
325 W. Upton
Reed City, MI 49677
231-878-0196

# ANTHONY BADOVINAC
OSCEOLA COUNTY PROSECUTING ATTORNEY



301 WEST UPTON AVENUE
REED CITY, MI 49677
231.832.3226
231.832.6147 (FAX)

Dionne Hopkins, Victim Advocate
Danielle Taylor, Victim Advocate

04/11/2024

**RE: Request for Furlough/Release for Medical Treatment for Rick Johnson**

To Whom It May Concern,

Please consider this a plea for a furlough or short term release for Rick Johnson from his current custodial placement so that he can obtain some much needed medical treatment. Rick had quadruple bypass surgery in December and experienced a bleeding artery thereafter which required eight days of hospitalization. Following that and five blood transfusions, he is now confined to using a walker. He is experiencing some memory loss, blurry vision, pain in his chest and legs and coldness in his extremities.

A short furlough to straighten out his medical condition would allow Mr. Johnson to serve out the balance of his sentence without jeopardizing his health and would insulate his current placement from scrutiny regarding his medical care, given his ability to obtain treatment of his choice in a timely manner. Any consideration of the request herein, would be greatly appreciated.

Thank you for you anticipated consideration in this matter.

Sincerely,

Anthony Badovinac
c. file

Dear Parole Board/Relevant Authority,

I am writing to bring to your attention the critical medical conditions affecting Mr. Rick Johnson, who is currently serving time at Duluth Federal Prison. understand that the decision regarding parole is a complex matter, but I am urging the parole board to consider Rick's deteriorating health as a compelling reason for his early release.

Rick has severe heart condition, and his health has been steadily declining during his time in prison. The medical reports and evaluations conducted by the prison healthcare professionals indicate that his condition requires specialized care and treatments that are challenging to provide within the confines of the correctional facility.

I am deeply concerned about Rick's well-being, as his medical condition significantly impacts on his daily life and ability to function. It is my understanding that the prison healthcare system is limited in its capacity to address complex and ongoing medical needs. As such, I believe that an early release would not only be a compassionate decision but also a practical one, ensuring that Rick receives the necessary medical attention and care he requires.

I am aware that compassionate release is typically granted under specific circumstances, and I firmly believe that Rick's case merits such consideration. His deteriorating health poses a substantial risk to his overall well-being, and early release would allow him to access the medical care and support systems available outside the prison, which may contribute significantly to improving his health.

In addition to his medical condition, Rick has shown a strong commitment to rehabilitation during his time in prison. He has actively participated in teaching classes to other prisoners which demonstrates his desire to contribute positively to society despite his health challenges.

I kindly request the parole board to review Rick Johnson's case with compassion and understanding, considering the severity of his medical conditions and the limited resources available within the prison healthcare system. Granting him early release would not only address humanitarian concerns but also align with the principles of justice and fairness.

Thank you for your attention to this matter. I trust that you will give Rick's case the consideration it deserves, recognizing the urgency of his medical situation.

Sincerely,

Doug Nichols