Pg. 1

Hospital Stay
       8 days
       Treated well - 5 units of Blood
       Short staff, cleaning short staff
       1 shower in 8 days, no chair

1-24 First day back, BOP - provider walker
BOP Kept all records I got from St. Lukes, No meal

L-D  1-25 - called to Edu, Barely made it there, No co
when I got there - even the other inmates told
CO why I wasn't there, the CO didn't turn me arou

L-D  1-26 -Finally can call Jan, called to Medical for pills 6

B  1-27 - went to breakfast - chest pain - 2-4

L-D  1-28 called Jan, pill call at 6:30 chest pain below
left Nipple - 2-4

L-D  1-29 - pill at 6:30 Chest pain - 2-4

L-D  1-30 pill at 6:30 then called to edu. was pushing
myself backwards by theator whe co asked where
I was going - he made a call then sent me to dorm
Lab at 10:00, took blood, got paper that says I don
Need to walk to Edu. Tired & breathing trouble, stif
back pain under left Nipple 2-4 most of day.

The scanned version of this document represents
an exact copy of the original as submitted to the
Clerk's Office. The original has not been retained.

pg 2

L-D    1-31 walked to pill line, then commisary, very tire
today, right eye blury & hurts behind it. left Nij
pain 2-4

L-D    2-1 6:30 pill line still, taking 8 prescriptions n
back still bothers & very tired. eye still blured.

L-D    2-2 - can't balance yet, out of breath. Blury v

       2-3 - No sick call. sat & Sun. Right eye hurts same
BL-D   & pain in chest same, tired. slept 9 hrs.

       2-4 - still have pain under left nipple. Balance
is bad still as well. No ramp makes for a hard
way to go up & down steps into building.

2-8-24

**2-4** Pain in left side - 2-4 very tired, blurred vision and hurts behind right eyeball, only lunch today

**2-5** Dizzy moving, pain in chest bellow left nipple - 3. Dizzy is worse then asual and out of breath a lot. L-D

**2-6** Sick call - eye glasses + shoe's, 2 trips to medical - short staff. Told by Ms. V, she woold call me. Having che. pains even in middle of chest - mostly 4. Was never called for sick call  L-D

**2-7** Hard breathing + pain in chest - 24. Coold almost pass out. No call in today for eye + shoes. Dizzy most of da L-D

**2-8** Up several times last night - hip extremly sore + feet bothering - pain in both. No sick call - no doctor here still waiting on sick call 3 days ago. left side below nipple aches - 2-4. Doubled Tynrol for hip + feet pain. Called to Medical - Nurse V set up eye docto meeting. No on shoes. Talked about Nitro pill but wanted me to have cardilogist appointment first + talk over with him. Blood presure was high. L-D while in waiting room Warden was talking to another Inmate + Warden stated it's his business + camps to get people released not hold them  L-D

Daily health Report                                    2-10-24

2-9   Slept well last night, breathing conitures to be
a problem, shortness of breath. Left side still
has pain coming + going - 2-4 range Breathing
got worse later in day. Even had some pain on
the right side, 2-4 range   L-D

2-10  Same pain on the left side, hard breathing. Right
leg from knee up to waist has tingling pain
and has knott in muscle, low pain but hurts
to touch. Both feet hurt ankle down N  B,L,D
Back aches mostly all day - lower area

2-12-24

2/10 cont. Had a nose bleed today, not real bad one. Will keep track from now on. Pain in chest like a pin poking my chest. Hard breathing all day. Dizzy sight but eye socket not hurting.   BLD

2/11 Woke up with pain 3-4 heels to my knees both feet. Dizzy + unbalanced all day with very tough breathing all day. Legs tired by 9:00 am Sharp pain in heart.   L-D

2/12 Slept good. Spot of blood on bed sheets. Feet to knee hurting still. Balance off, breathing issues. Right leg from knee to hip tingling and has a muscle knott in it. Had some right side pain today too

2/13 Short breath waking up, both legs heel to knee hurt. Hip joint, right, hurt during night. Went to medical, she did EKG, tested ok same as last one, Nurse very helpful. Not enough equipment here, Doing xrays thursday. No docta on call here, only by zoom. Still in a NON handy cap dorm, 4 steps to get in, been here since back from hosiptel

2/17/24

| 2-12<br>L-D | Good sleeping, Continued hard pain both legs heel to knees. Balance off. Breathing issues laying down & walking. Muscle from right knee to hip tingling & knotted up. Had pain in right side of chest very sharp.   3-4    No doctor on call |

| 2-13<br>L-D | Short breath most of day. Both legs heel to knee pain. Hip joint hurt all night with sharp pain 2-4 went to medical, did EKG same a last one done before hosiptol stay. Nurse was good. Not enough equipment availabe. No doctor on call - L-D |

| 2-14<br>L | Hip bad again, Tylenol not working good. Very dizzy today, on & off shortness of breath, ankles ache Morning was hard - out of breath & tired. Tightness in chest both sides. |

| 2-15<br>L-D | Slept well, ankles hurt heel + knees. Sharp pain comes & goes both legs; slight pain in heart area to left arm. Dizzy, No Doctor; Optomists comes only once a menth per- x ray nurse. Hard breathing all day. |

| 2-16<br>L-D | Knee to ankle pain both legs. Hip hurts. Dizzy all day. Continue lapse memory. Slight chest pain on left side under nipple 2-3, balance off |

2-20-24

2-17
L-D
Ankles to Knee pain all day - 2-3. Breathing is short all day. No doctor here. Sharp pain in chest in afternoon - 24. Heart pain 4-5 after 6 pm.

2-18
L-D
Didn't sleep - ankle to knee pain all night. Hip needs shot tynol not working. Hurts walking effec by the pain - 2-4 Pain in heart while setting - Breathing hard also. Confirmed that Optomatics onl on base once monthly. No Doc on base.

2-19
L-D
Heel to knee pain contines. Hurt through the night. Muscle knotted on my right leg between Knee + hip. Hip needs shot cortzone. Tired by 10 am through rest of the day. Short of breath when I tie my shoes or go to bathroom loose my breath both ways.

2/21/24

**2-20**
**D**

Light pain in heel to knees, Restless legs. Hip hurts 0-2, Had to walk to Edu. Medical didn't do an extended "Lay in" Went to Medical too Busy to get in then walked back to Edu. Tired legs giving out @ 9:00 Am, Went back to Medical, No one there other then two Nurses at 10:30 & was told to come back tomorrow & do sick call @ 6:30am. Breathing getting worse by 1:00. Light pain in chest today. No doctor on call here. Breathing is harder after 1:00

**2-21**

Went to sick call @ 6:30, Nurse V refused to extend Lay in. Said walk more, two times a day to Edu, plus food line & trips to medical had over 5 miles today Legs very tired & breathing hard. Don't believe my hemogobin has been checked since I got back from hospital - Jan 23. Dr. Rice ordered appointment for me @ St Lukes. Echo cartgram was done. Got back I asked the Nurse about my hemogobin level. She looked up & end of January it tested at slighy over 10, should be 12 - 15 range. No one I don't believe was even paying attention to this. Nurse & I talked over how to get my medical records, I will email the medical center on Feb 25 to ask for them for records I will ask for on then, I believe medical center is under staffed & way short of equipment to do the job. If your luck you will end up @ St Lucks for care however my care was way better served from Munson in TC & Cadillac. Need medical records Jan 22 - Feb 25

2-24 | Leg muscle right side knotted up. Tingles on left.
L-D | Some blury eye sight, dizzy bad most of day, Both legs
getting tired + restless by 8:30 am dizzy + issues
walking. Cold hands, memory slipping

2-25 | Woke up sore hip Need coritzone shot. light pain
L-D | 0-2 in both legs heel to knee. Slightly dizzy + tired
late afternoon. Sharp pain below left nipple before noon
through late afternoon. 2-4 to 8:PM.

2-26 | No flushable wipes can be used here - Septic won't handle
L-D | Woke with pain in left shoulder joint - 2-4. Dizzy +
tired through afternoon. Had some pain on right side
today on + off all day below left nipple.

2-27 | Early morning pain heel to knee. Breathing hard when
L-D | walking to theater. Stuffed up nose. Memory short term
issue. Dizzy started at 8:00 am, Right leg muscle knotted
today, Legs tired, pain below left Nipple some pain on
right side today - 2-4 most of afternoon.

At 7:15 to 8:45 were kicked out of dormatory building
as CO's searched for contraband. Coldest day I've
been here, high winds + very cold. We had to stay in
recreation or theater building.

2-28
2-D

heel to knee hurts - 3-5, Muscele in left leg
Knotted today. Right leg knotted in same way.
Both legs tingling feeling. Pain under left Nipple
2-4. Out of breath most of day. Getting sharp
pain in left foot + toes - 4-6. Nose running &
memory issues

2-29
L-D
Went to to see Lung Doctor today. Asked if I was
doing cardiac rehab, Said no only when I was at home
stopped here. Both legs hurt heel to knee. Doc says
I should be using CPAC machine, Pain below left nipple
2-4, Had high Blood presure @ Doc appointment. No
records yet. Is it legal they have my health records I don't
Water + ice machine down 3days - no one could work on
them while Feds, here inspecting, Gave us no back up
plan on getting water. Not sure how good & safe water is
out of drinking fountion. Hands + fingers very white today
Finger nails Blue, Short of breath all day. + dizzy on + off

3-1
L-D
Dizzy + short breath today, heel to knee hurt 2-4. Very
short of breath walking back + forth Education Bldg, wort in
long time - 4-6. Still pain under left nipple after 5 - 2-4
Fell on the steps today going down, landed on bad hip.
Overdoze in room Next to me, fCP sounds like, Took
him (DJ) to hospitol.

3-2
L-D
Less pain today in heel to knee. 0-2 Switched back to
tynol from Ibophin, Legs completly tired by 9:00am.
Hard to breath when walking, Muscle knotted right leg
hip to knee. Both legs weak + shaky, Memory slipping also
No light above entry door - where I fell - since at least
1-24-24.

3-7-24

**3-4**
**L-D** Feet woke me up from pain during the night. Medical thinks it's artritis, I don't. - 4-6 pain. Shortness of breath, Pain left side - 2-4, memory issues concern me, Tied + out of breath most of day.

**3-5**
**L-D** Slight pain in both legs. Switched to Tylnol one tablet twice daily. Slight hip pain, Shortness of breath. Pain under nipple left side. 0-2 Dizzy on + off all day. No light on Step.

**3-6**
**L-D** Legs very tired by 7:00am, Shortness of breath. Tired early morning. Informed today we have to all give back one set of Greens, Prison out of clothes to give new incoming inmates, bad management. Chest pain under left nipple -2-4 Both legs tired + restless. Memory bothers me. No word on how my hemogoble level is.

**3-7**
Feet + legs hurt. Dizzy all morning, almost fell down twice. Slight chest pain left side. 02 Pain in shoulder collar bone up to left side of neck. 2-4 Tired most of day, No light, No Doctor, No memory

3-8-24

| 3-7 L D | Feet + legs hurt, Dizzy all morning, Slight chest pain left side. Sharp pain collar bone to my neck to Jaw · 2-4 . No word on hemoglobin Numbers |

3-8
L-D
Legs little tired getting up. Short of breath walking. Dizzy getting up & walking. Coughing up slim for 10 days now. Head doctor hasn't set up appointment, 2 wks overdo.

3-9
L
Sharp pain below left nipple 7-9:Am. Dizzy + very tired moving with poor balance. Still coughing up slim. Very weak. Memory still issue. Also getting shooting pain on + off in my left foot.

3-23
B, L, D
Happy Birthday Jan. Chest pain 2-4. Legs very sore today + tired. Cold fingers -Blue. Muscle Knee to hip joint hurt all day. 2-4 Dizzy + tired all day. No light, No onsite doc. Some of my St Luks medical records showed today.

3-24
Dizzy all day. Tired from walking all day. Memory forgetful Leg musales bothed all day. Rested most of the day. No light, No Doc. Waiting still to get medical records. Hands finger's very cold -blue in color - end of some Finger no feeling

**3-10**

**L. D**  Pain in collar bone to shoulder, till 9: AM - 2-4.
Very Dizzy, tired legs, No light on stairs last night.
Pain left side below nipple - 2-4. Legs very tingly,
like Needles poking them.

**3-11**

**L-D**  Tired & Dizzy, Both legs sore feels like Needles
poking, short of Breath Pain in collar bone to
left shoulder. Pain left side below Nipple, Both 2-4
Very short of breath all day, Dizzy enough I could
pass out. No light, No Doc.

**3-12**

**L-D**  Dizzy bad today, Legs weak & Breathing hard, uphill
walking terrible hard, blurred vision most of day. memory
issues all day, Sharp pain in right leg just above knee
ranked 4-6. Still have cough & very cold fingers.

**3-13**

**B-L-D**  Both feet very sore - Kept me up part of the Night. Right
leg knotted muscle, Needles poking. Dizzy & vision issues
Cold fingers both hands. Memory slipping. Still coughing
up shim. Kevin went to medical but no doctor to see him.
Told he was out of line to stop in. - did a sick call & nothing.
No hemogoblan Report. No light Heart pain 9pm - 67

**3-14**

Feet pain through Night. Went to St Lukes - follow up from surgery.
Did Lab - blood to check hemogoblin. Cardeolists appointment on
the 3-24. Calling to set up breath tests. Cold fingers, left side over

3-16-24

**3-15**
**L+D**

Very dizzy all day, Slipped at Rec, center Levi was there to help me up. Chest pain on left side 2-4 Tired all day & dizzy too. Tired memory - short term is slipping. Eye hurt today like being poked with a pick. No appointment yet with Optatest. No meeting set with head doctor. Fingers cold all day on both hands. Stumble several times today. Very rough day walking & breathing. Memory issues starting to bother me. No light on steps, No doctor on staff

**3-16**
**B,L,P**

Dizzy & balance off all day, Right leg hurts - 2-4 rest of legs & feet feels like pins poking short of breath all day walking up slopes real bad. Right hip bothering - need cortizone shot, doctor who joins by zoom only says No. Right leg pain above knee. Pain in left chest below nipple. Is the 11" incision glued to tight ?? TV shut off tonight - Guy tried to throw in cigarettes & phones - pushed us all. Cold fingers both hands, nails dark blue. Out of breath all day. No light, no doc. on staff

**3-17**

Very sore feet last night. Dizzy - hard times reading anything - eyes blurry. Cold weather hard to breath. No light, nothing from Head doc. Balance not good. Memory is an issue

3/18/23

3-18
L-D
Woke up with very sore feet again, Trouble breathing, dizzy, & chest pain left side 2-4 Memory issues bother me. Trouble walking, like I'm passing out. Totally tired walking up incline, Hands very cold - Blue fingers Nails and veins in my hands. No light. No Doc. No eye doctor been months since I was told I would see an opthmotes. No head doctor now four weeks past when I was told I would meet.

3-19
L-D
Very tired + legs Not stable at all. Woke up with pain in my Neck above collar bone. Dizzy walking at all weaving back + forth when I do. Memory short is slipping. Hip joint hurts still, Need coritazone shot. Left side of head hurts today on the outside. No light, CO Lady saw me going down steps with walker. at lunch time.

**3-20**
**B-L-D**
Legs very sore today like pins poking them. Short
breath walking to breakfast. Dizzy at ♂ after balance. (Cl...

Fingers Short breath all day. Left chest pain below
nipple. No light yet, no on site Doc. Memory short term
bothers me. Evening time both sides of chest ache. (6l...)
fingers.

**3-21**
**L-G-7**
Both legs heel to knee hurt bad when woke up. 4-5
Hip joint very sore. Dizzy, walked too much today (reg?)
Very sore, Hard pain under left nipple 4-5. Sharp pain
in left neck, 3-4. Found out Dr. Rice was stripped of
his license - surgery too. Can't come in to this site from
lawsuit from RN Nurse here. Only can do Zoom. Drops
off his vehicle + drives a Boc while to his job at Sandstone
prison. Then comes back after work there. Cold fingers all
day.

**3-23**
**L-G-7**
Walked + EZ4u in snowy wheather legs + knees slight pain
today-cutting back. Tramal to four a day was at six daily.
More info an doctor Rice - the pulled licenses on sex
offender with his step daughter.

**3-2l**
**L-D**
Feet + ankles hurt through the night. Slight pain in l-ft
chest cold fingers. Memory issues. Over a breath going
up hill. Still getting darker. Symtoms of last Bike riding
No doctor or head dock. Memory is slipping
I believe feel lost. Went to Cardiologists yesterday.
Doing breath test + stress. Added another pill. Chest pain
most of day. No light. No on site doc. No head doc.

3-30   Back hurts. Pain hard in left side below Nipple. Breath
B-L-D   hard. Dizzy & hard walking - Legs weak. No doctor
here. Head feels weid. Sharp pains in left side
below Nipple. Cold hands blue fingers. Micro Blood
clots coold be issue.

3-31   Feet hurt up to hips. Dizzy & short breath. Memory
L-D   issue. Cold hands. Pain on & off left side. No doc
on site, No light. Tired & dragging all day.
Memory issues. No on site doctor. No light. Tired
out & dragging all day.

4-1   Tired legs bad muscle above right knee bad
L-D   dizzy - Some Medical Records came. Pain under
left Nipple. 2-4 No doctor, No light. - Sharp pain
later in day - 6-8 Memory issues. - Car Wreck Day

4-2   Legs aching & hurting to Knees. Left lower back
L-D   hurts - took 2 Ibephobin. Memory bothers me.
Feet sore, fingers cold & blue. both hands. Left
chest pain be low Nipple. Back real sore - wonder if
it's New pair doing it. No Doc. No light.

4-3   Tired short breath. Back real sore yet. - New pill
BLD   maybe. Pain lower left below Nipple - 2-4. Very
dizzy. Cold hands all day - Blue. Memory
still an issue. No doc here & No light yet.
Eye sight blurry

4-4   Legs hurt when I got up. Dizzy bad. balance.
L-D   Changed back to tylenol - 4 pills a day. Chest hurts same
left below nipples. Right leg muscles hurts. Cold hands + fingers.
Memory issues. No Doc. No light.

4/13/24

-D 4-5 Hard pain in chest below Nipple ~6-8. Dizzy out
of breath. Cold fingers -Blue. Hard time walking.
Striking pain in chest-68. Legs tire out in short
distance walk. No Doc  No light.

C-D 4-6 Sore legs & feet. Dizzy walking, left foot & toes ache
Cold hands. Memory issues. Hard pain left side. No
doc. No light.

3LD 4-7 Dizzy short breath. walking to breakfast. Both legs
hurt right worst. Sharp pain below Nipple -4-6 Cold
hands. Using Napoken for back, 3 pils a day.

L-D 4-8 Sore back cold fingers, Dizzy still. short breath
walking Blurry eye sight. Pain in left side -2-4

C-D 4-9 Feet hurt to Knees, standing pain below left
Nipple -2-4 dizzy & tired all day. Cold fingers Blue
Blurry sight - head hurts - Richmond. No Doc No light

L-D 4-10 Legs & feet hurt, feels like Neeples poking. & muscle
cramps. Dizzy hard breathing, Back sore. Sharp pain
in left side. Cold hands, memory issues.

3LD 4-11 Feet sore to Knees. Muscles above knee knotted-right
Dizzy, unbalanced, eyes blurry, memory issues
Feet always warm - tennis shoes or work boots. Cold
hands - Blue  No doc No light. No handicap ramp at
front office building - have to walk around back

D 4-12 Dizzy, legs & feet sore, hard to walk-tired, Met with
psychologist - went well. Slight left side pain. -2-4
cold hands all day, Memory slipping. Have a
psychologist but No Doc. Fingers like ice - ran hot water
on them



TRULINCS  55930510 - JOHNSON, RICK VERNON - Unit: DTH-O-A

------------------------------------------------------------------------------------

FROM: 55930510
TO: Health Services
SUBJECT: ***Request to Staff*** JOHNSON, RICK, Reg# 55930510, DTH-O-A
DATE: 04/10/2024 03:12:49 PM

To:
Inmate Work Assignment: Prescription

Ok,  I will leave it off the list to take.

Thank you,

Rick Johnson
-----Health Services  on 4/10/2024 12:27 PM wrote:

>

*Never Knew this*

Per Discharge instructions when you were in the hospital, you were to stop the clopidogrel and only take aspirin.

From: ~^! JOHNSON, ~^!RICK VERNON <55930510@inmatemessage.com>
Sent: Tuesday, April 9, 2024 5:30 PM
Subject: ***Request to Staff*** JOHNSON, RICK, Reg# 55930510, DTH-O-A

To:
Inmate Work Assignment: Prescription

I am oout of this script,  Clopidogrel Bisulfate 75 MG  Have been out a couple of weeks.  Can you order it up for me.

Thanks so much.

Rick Johnson

# FPC Duluth
# Inmate Bulletin

## No Sick-Call Friday, Feb. 9th

There will be no sick-call on Friday, February 9th.

W. Palmisano
Health Services Administator

GREGORY, DAVID  19677030

HEALTH SERVICES – FPC DULUTH
## SICK-CALL APPOINTMENT REQUEST

Name: _Rick   Johnson_ _____ Number: _55930-510_ Unit: _208_

Case Manager: _Johnson_ _____ Work: _Edu._ _____ Date: _2/13/24_

State your **medical** problem (may write on back of this page as needed).

Problem: _Pain in left side up to shoulder + below left nipple Breathing is difficult + dizzy much_

When did it start?: _Jan. 2024_

Symptoms: _Dizzy, pain + hard breathing_

Taken to treat symptoms:

## PAIN ASSESSMENT SCALE (circle number in first column)

| PAIN LEVEL | WHAT THE NUMBERS MEAN |
|---|---|
| 0 | You feel no pain. |
| 1-2 | You feel very mild pain and are only aware of it when you focus on it. |
| 3-4 | The pain is tolerable and can be ignored. You are able to continue normal activities. |
| (5-6) | The pain is distressful, causing difficulty carrying out some normal activities. |
| 7-8 | The pain is severe, hindering concentration and ability to carry out all but simple activities. |
| 9-10 | The pain is disabling, not allowing you to focus on anything but the discomfort. |

When did the pain begin? _Jan - 24_   Has pain gotten better, worse, or stayed the same? _Same_

Do you take any medications? _Yes_

## VITALS:

Temp:_____   Heart Rate:_____   BP:___/___   Respirations:_____   Weight:_____

O2%:_____   Peak Flows (Asthma):____ ____ ____   Sugar (Diabetics):_____

☐ Triaged.    ☐ Schedule out    ☐ See now by: _____

If you feel that you have an urgent MEDICAL issue ask a correctional officer or work supervisor to call Health Services to request an urgent appointment. DO NOT COME TO HEALTH SERVICES UNLESS YOU HAVE AN APPOINTMENT OR ARE PAGED ON THE INTERCOM. Do not knock on doors seeking appointment information. You will be out of bounds and told to leave. Send an electronic cop-out via Trulincs if you have questions.

HEALTH SERVICES – FPC DULUTH
## SICK-CALL APPOINTMENT REQUEST

Name: _Rick Johnson_ Number: _5 5 9 3 0 - 5 1 0_ Unit: _208_

Case Manager: _Johnson_ Work: _Edu._ Date: _2/21/24_

State your **medical** problem (may write on back of this page as needed).

| | |
|---|---|
| Problem: | Medical lay in extended, Chest pain in left side below Nipple |
| When did it start?: | 3 mths ago - Oct of 2023 |
| Symptoms: | Pain in chest & troble breathing |
| Taken to treat symptoms: | |

### PAIN ASSESSMENT SCALE (circle number in first column)

| PAIN LEVEL | WHAT THE NUMBERS MEAN |
|---|---|
| 0 | You feel no pain. |
| 1-2 | You feel very mild pain and are only aware of it when you focus on it. |
| 3-4 | The pain is tolerable and can be ignored. You are able to continue normal activities. |
| (5-6) | The pain is distressful, causing difficulty carrying out some normal activities. |
| 7-8 | The pain is severe, hindering concentration and ability to carry out all but simple activities. |
| 9-10 | The pain is disabling, not allowing you to focus on anything but the discomfort. |

When did the pain begin? _Oct-23_ Has pain gotten better, worse, or stayed the same? _worse_

Do you take any medications? _Yes_

VITALS:

Temp:____ Heart Rate:_____ BP:____/____ Respirations:_____ Weight:_____

O2%:____ Peak Flows (Asthma):____ ____ ____ Sugar (Diabetics):_____

☐ Triaged.   ☐ Schedule out   ☐ See now by: _____

If you feel that you have an urgent MEDICAL issue ask a correctional officer or work supervisor to call Health Services to request an urgent appointment. DO NOT COME TO HEALTH SERVICES UNLESS YOU HAVE AN APPOINTMENT OR ARE PAGED ON THE INTERCOM. Do not knock on doors seeking appointment information. You will be out of bounds and told to leave. Send an electronic cop-out via Trulincs if you have questions.