November 3, 2024

**FILED - GR**
November 8, 2024 11:12 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB / 11/8

Western District of Michigan
Federal Building
110 Michigan NW
Grand Rapids, MI 49503

RE: United States v. Rick Vernon Johnson
File No. 1:23-cr-00040
Asset ID: 24-FBI-007605 Vacant Land in Leroy, MI

Attention Clerk of the Court,

On October 3, 2024, I received Notification of Order to Forfeiture and Order on Motion to Seize Property.

Per the Covenant Deed for Tax Parcel ID 67-14-001-015-00 as well as the Operating Agreement for Common Cents Harvest Farms LLC., the owner of the property which you are attempting to seize is Common Cents Harvest Farms, LLC.

Rick Johnson is not member of the LLC and therefore your claim to seize this parcel of land to fulfill a Money Judgment is inappropriate.

Please advise how I contest this matter to petition the court for a hearing to adjudicate the validity of any alleged interest in the property.

Sincerely,


Theresa Davenport
22518 7 Mile Road
Reed City, MI 49677
231-206-5198



Enclosures:

US Department of Justice – Notification of Order to Forfeiture
Order on Motion to Seize Property
Covenant Deed Tax Parcel ID 67-14-001-015-00
Operating Agreement Common Cents Harvest Farms LLC



Davenport
22518 7 Mile Rd
Reed City, MI. 49677

Western District
Federal Building
110 Michigan, N
Grand Rapids, M
Attn. Clerk's Of