

**U.S. Department of Justice**

United States Attorney's Office
Western District of Michigan

| | | |
|---|---|---|
| *The Law Building*<br>*330 Ionia Avenue, NW*<br>*Suite 501*<br>*Grand Rapids, Michigan 49503* | *Mailing Address:*<br>*United States Attorney's Office*<br>*Post Office Box 208*<br>*Grand Rapids, Michigan 49501-0208* | *Telephone (616) 456-2404*<br>*Facsimile (616) 456-2408* |

September 30, 2024

**CERTIFIED MAIL #9589-0710-5270-1622-6194-24**
**RETURN RECEIPT REQUESTED**

Common Cents Harvest Farms, LLC
c/o Resident Agent Theresa Davenport
▮▮▮▮▮▮▮▮▮
Reed City, MI 49677

      Re:    *United States v. Rick Vernon Johnson*
             File No. 1:23-cr-00040
             Asset ID:  24-FBI-007605 Vacant Land in Leroy, MI

Dear Ms. Davenport:

      Enclosed please find a Preliminary Order of Forfeiture in the above referenced case.  If you wish to contest this matter, you have thirty (30) days from receipt of this notice to petition the court for a hearing to adjudicate the validity of any alleged interest in the property pursuant to Title 21, United States Codes, Section 853(n)(2), (3).

      If you have any questions, please contact me.

                                  Sincerely,

                                  MARK A. TOTTEN
                                  United States Attorney

                                  */s/  Daniel T. McGraw*

                                  DANIEL T. McGRAW
                                  Assistant United States Attorney

DTM/cv
Enclosure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Theresa Davnpt_ | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Theresa Davenport | C. Date of Delivery<br>10-3-24 |
| 1. Article Addressed to:<br>Common Cents Harvest Farm LLC<br>c/o Resident Agent Theresa Davenport<br>[redacted]<br>Reed City, MI 49677 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7996 2305 2677 49 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery<br>X return receipt |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 1622 6194 24 | | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | | Domestic Return Receipt |