UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,          Case No. 1:23-cr-00040

vs.          Hon. Jane M. Beckering
        U.S. District Judge

RICK VERNON JOHNSON,

        Defendant.

_____/

## FINAL ORDER OF FORFEITURE

The government's Motion for Final Order of Forfeiture details the procedural and notice predicate for the requested Final Order. The United States provided notice of the Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. One third-party response was filed and later dismissed by this Court. No additional petitions were filed. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED that:

1.    The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c): vacant land located at **15619 130th Avenue, Leroy, Michigan, Township of Rose, Osceola County** being more fully described as:

> The Northwest 1/4 of the Southwest 1/4, Section 1, Township 19 North, Range 9 West, Rose Lake Township, Osceola County,

Michigan.

Together with all the fixtures, tenements, hereditaments, and appurtenances belonging or in any way appertaining.

Parcel No. 67-14-001-015-00

Titled in the names of: Common Cents Harvest Farms LLC and Rick V. Johnson, a married man.

(hereinafter "Subject Property").

2. That pursuant to 21 U.S.C. § 853(n)(7), all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

3. That the Subject Property shall be disposed of by the Federal Bureau of Investigation and/or the United States Marshal Service "USMS" and/or its designee according to applicable law and regulations.

    a. The Subject Property will be sold by the USMS in the most commercially feasible manner as determined by the USMS in its sole discretion;

    b. The purchase price for the Subject Property will be a cash price;

    c. "Net Sale Proceeds" of the Subject Property shall be calculated as the gross sales proceeds that the United States realizes from its sale of the Subject Property, less the following amounts that the United States pays:

        i. Any and all costs of sale, including real estate commissions, escrow fees, document recording fees not paid by the buyer, title fees, county/city/state transfer fees, and all other costs and expenses that the USMS incurs in connection with its custody, management, maintenance, repair and sale of the

Subject Property;

    ii.  Any and all outstanding property taxes to the appropriate county assessor and tax collector, special assessments and any other state governmental assessments imposed by statute.

4. In the event that the maximum amount of Net Sales Proceeds to be paid to the USMS exceeds the amount of $110,200 owed in the money judgement against the Defendant Johnson, the USMS shall be pay Defendant Johnson and/or his legal representative any amount in excess of the $110,200 money judgment owed to the government.

5. In the event that the net proceeds are insufficient to satisfy the money judgment of $110,200 against Defendant Johnson, the government shall reduce the amount of the money owed against the net proceeds realized from the sale of the Subject Property.

6. Defendant Johnson and/or his legal representative shall provide any necessary documentation, signatures or releases to effectuate the sale of the Subject Property.

7. The United States reserves the right to terminate the forfeiture action at any time for legal or economic reasons and to request an amended order from this Court.  Any discretionary termination of the forfeiture shall not be the basis for the award of any attorney's fees.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED**.

Dated: January 3, 2025            /s/ Jane M. Beckering
                                  JANE M. BECKERING
                                  U.S. District Court Judge